

# THE THIRTEENTH COURT OF APPEALS

13-19-00463-CV

Tatiyana Geneva Altecor
v.
United Property and Casualty Insurance

On Appeal from the
370th District Court of Hidalgo County, Texas
Trial Cause No. C-2974-17-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant, Tatiyana Geneva Altecor, although she is exempt from payment due to her inability to pay costs.

We further order this decision certified below for observance.

November 14, 2019